AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Jorge LOPEZ-Guerrea**<br>**Juliana REYNERO** | ) ) ) ) ) ) ) |

Case No.

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____**October 21, 2021**_____ in the county of _____**Webb**_____ in the

_____**Southern**_____ District of _____**Texas**_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

_/S/Brandy M. Ochoa-Hauser_
_____
_Complainant's signature_

Brandy M. Ochoa-Hauser      Border Patrol Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence,

Date: ___October 25, 2021___

_____
_Judge's signature_

City and state:   ___Laredo, Texas___

Diana Song Quiroga      , U.S. Magistrate Judge
_____
_Printed name and title_

**AFFIDAVIT**
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| Jorge LOPEZ-Guerra, Juliana REYNERO | Case Number: |

1.  On October 21, 2021, at approximately 3:15 p.m., a Border Patrol Agent (BPA) working the Laredo North Checkpoint located at the 29 mile marker of IH-35 near Laredo, Texas in Webb County, encountered a tan four door Nissan Rogue with three adults and two children. At the time, BPA acknowledged the driver, later identified as Juliana Reynero, who then provided the BPA with legal documents for herself and her children. The BPA then noticed a subject in the back, later identified as Rocio Silva-Marquez, The BPA asked if she was a United States Citizen (USC), and she did not reply. The BPA then repeated the question in the Spanish language and the subject still refused to respond. The BPA then asked the front passenger, later identified as Jorge Lopez-Guerra, if he was a USC and he did not reply. The BPA then repeated the question in the Spanish language and Lopez-Guerra provided a Texas Identification license. The BPA then referred the vehicle to secondary for further Inspection.

2.  At secondary, it was determined that Juliana Reynero was a USC and that Jorge Lopez-Guerra was a Legal Permanent Resident. It was also established that Rocio Silva-Marquez was illegally present in the United States. All subjects were placed under arrest and escorted into the checkpoint for further investigation.

3.  PRINCIPAL STATEMENT: Juliana Reynero, a United States Citizen, was provided her Miranda Rights and acknowledged she understood them by signing service for I-214. The interview was terminated due to medication the subject had consumed.

4.  PRINCIPAL STATEMENT:    Jorge Lopez-Guerra, a Legal Permanent Resident, was provided his Miranda Rights and acknowledged he understood them by signing service for I-214 and was willing to provide a statement without a lawyer present. Lopez-Guerra stated that he was accompanying his wife, Reynero, to San Antonio to drop off her friend, Silvia-Marquez. Lopez-Guerra stated that he had never met Silva-Marquez before until two days ago. Lopez-Guerra stated that Silvia-Marquez stayed at their home. Lopez-Guerra stated that he had no prior knowledge that Silvia-Marquez was illegally present in the United States.

5.  MATERIAL WITNESS STATEMENT: Rocio Silva-Marquez, is a Mexican national who admitted being in the United Stated illegally and is serving as a material witness in the alien smuggling case against Juliana Reynero and Jorge Lopez-Guerra. Silva-Marquez stated that her cousin made the arrangements for her to be smuggled into the United States for approximately $10,000 United States Dollars (USD), half was paid when she crossed and the remaining when she arrived at her destination in California. On October 19, 2021, Silva-Marquez illegally crossed the Rio Grande River from Mexico to the United States near Laredo, Texas. Upon arrival to the United States, she walked for approximately one hour until an unknown man picked her up. Silva-Marquez stated that the unknown man drove them to two homes and stayed at the second house. Silva-Marquez stated that she stayed at that home for approximately two hours. The unknown man then escorted Silva-Marquez to a Family Dollar Store where she was instructed to get in the vehicle which contained Juliana Reynero and Jorge Lopez-Guerra. Reynero and Lopez-Guerra then took Silva-Marquez to their residence where she stayed for 2 days. On October 21, 2021, Silva-Marquez stated that Reynero and Lopez-Guerra instructed her on how to talk to BPA at the Checkpoint along with providing sunglasses and new clothes. Silva-Marquez stated that Reynero and Lopez-Guerra attempted to make her swallow a white pill multiple times, later found to be Xanax.

SUBSCRIBED and SWORN to before me on

        25th         day of         October, 2021

_____                /S/  Ochoa-Hauser, Brandy M.    Border Patrol Agent
Signature of Judicial Officer                          Signature of Complainant